Mia Farber (SBN 131467)
Mia.Farber@jacksonlewis.com
Talya Z. Friedman (SBN 216158)
Talya.Friedman@jacksonlewis.com
Peter M. Waneis (SBN 300999)
Peter.Waneis@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

Brennan M. Hershey, Esq.
HERSHEY LAW, P.C.
16255 Ventura Boulevard, Suite 1205
Encino, CA 91436
Telephone: (310) 929-2190
Facsimile: (310) 929-6060
brennan@hersheylaw.com

Attorneys for Plaintiff
ERICA GRIFFIN

JS-6

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA GRIFFIN, an individual,<br><br>       Plaintiff,<br><br>   vs.<br><br>NBCUNIVERSAL MEDIA, LLC, a limited liability company, and DOES 1 THROUGH 50, inclusive,<br><br>      Defendants. | Case No. 2:19-cv-06259-MWF (AGRx)<br><br>Assigned to Hon. Michael W. Fitzgerald, Courtroom 5A)<br><br>**STIPULATION AND ORDER TO SUBMIT CASE TO ADR AND STAY ACTION** |

**STIPULATION AND ORDER TO SUBMIT CASE TO ADR AND STAY ACTION**

Plaintiff ERICA GRIFFIN ("Plaintiff") and Defendant NBCUNIVERSAL MEDIA, LLC ("Defendant") (collectively, "the Parties"), by and through their attorneys of record, herby stipulate and agree as follows:

1.    Plaintiff agreed to resolve all claims that arise out of or are related to her employment or cessation of employment, in accordance with "Solutions – An Alternative Dispute Resolution Procedure." ("Solutions"). A true and correct copy of Solutions is attached hereto as **Exhibit A**.

2.    On April 23, 2019, Plaintiff filed a Complaint entitled *Erica Griffin v. NBCUniversal Media, LLC and Does 1 through 50*, Case No. 19STCV14115, in the Superior Court of the State of California for the County of Los Angeles (the "Action"). In the Action, Plaintiff alleges twelve (12) causes of action against Defendant for: (1) Failure to Provide Meal Periods; (2) Failure to Provide Rest Periods; (3) Failure to Pay Overtime; (4) Failure to Pay All Wages; (5) Failure to Pay Waiting Time Penalties; (6) Failure to provide Accurate Itemized Wage Statements; (7) Unfair Business Practices; (8) Sexual Discrimination in Violation of the FEHA (California Fair Employment and Housing Act); (9) Sexual Harassment in Violation of the FEHA; (10) Retaliation in Violation of the FEHA; (11) Failure to Prevent Discrimination and Harassment in Violation of the FEHA; (12) Wrongful Termination in Violation of the FEHA; and (13) Wrongful Termination in Violation of Public Policy.

3.    On July 19, 2019, Defendant timely removed the Action to this Court.

4.    The Parties have conferred and agree that all causes of action alleged in the Action against Defendant are subject to the terms outlined in Solutions.

5.    Accordingly, Plaintiff agrees to submit this Action in its entirety to the alternative dispute resolution procedures prescribed by Solutions.

6.    The Parties further agree to mediate this matter pursuant to the procedures contained in Solutions, and, if mediation is not successful in resolving the claims alleged

in the action, any unresolved claims will be submitted to final and binding arbitration pursuant to Solutions.

7. The arbitration shall occur before a mutually agreeable arbitrator or, if the Parties cannot agree to the selection of an arbitrator, the Parties will follow JAMS's process for arbitrator selection.

8. The Parties further agree that this action should be stayed pending the conclusion of the alternative dispute resolution procedures.

Dated: September 6, 2019            JACKSON LEWIS P.C.


                                    By:     */s/ Talya Friedman*_____
                                            Mia Farber
                                            Talya Z. Friedman
                                            Peter M. Waneis

                                            Attorneys for Defendant
                                            NBCUNIVERSAL MEDIA, LLC


Dated: September 6, 2019            HERSHEY LAW, P.C.


                                    By:     */s/Brennan Hershey*_____
                                            Brennan M. Hershey

                                            Attorneys for Plaintiff
                                            ERICA GRIFFIN

**STIPULATION AND ORDER TO SUBMIT CASE TO ADR AND STAY ACTION**

# **ORDER**

The Court has reviewed and considered the Stipulation to Submit Case to ADR and Stay Action filed by Plaintiff ERICA GRIFFIN ("Plaintiff"), on the one hand, and Defendant NBCUNIVERSAL MEDIA, LLC ("Defendant"), on the other hand.

WHEREFORE, having determined that good cause exists for staying the Action pending the Parties' submission of the claims alleged therein to Solutions, Defendant's alternative dispute resolution program, the Court hereby enters its Order as follows:

1.     Plaintiff shall submit this Action in its entirety to the alternative dispute resolution procedures prescribed by Solutions.

2.     Mediation shall occur pursuant to the procedures contained in Solutions, and, if mediation is not successful in resolving the claims alleged in the action, any unresolved claims shall be submitted to final and binding arbitration pursuant to Solutions.

3.     The arbitration shall occur before a mutually agreeable arbitrator or, if the Parties cannot agree to the selection of an arbitrator, the Parties will follow JAMS's process for arbitrator selection.

4.     The Court shall stay this action pending the completion of arbitration.

5.     The Clerk shall administratively close this case pending further order of the Court.  The Scheduling Conference set for October 28, 2019 is VACATED.

**IT IS SO ORDERED.**

Dated:  September 9, 2019

_____
DISTRICT JUDGE MICHAEL W. FITZGERALD